```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 08-60956-CIV-ZLOCH
```

KEVIN MCCORMICK, JR.,

    Plaintiff,

vs.                                                **DEFAULT FINAL JUDGMENT**

BEHNKE AND ASSOCIATES, INC.
and FRED BEHNKE,

    Defendants.

_____/

    THIS MATTER is before the Court upon Plaintiff Kevin McCormick's Motion For Final Default Judgment (DE 9). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Plaintiff Kevin McCormick initiated the above-styled cause with the filing of his Complaint (DE 1) on June 24, 2008. On July 8, 2008, Plaintiff effected service of process on Defendants Behnke and Associates, Inc. and Fred Behnke. See DE Nos. 5 & 6. Defendants have failed to file a responsive pleading within the time prescribed by the Federal Rules of Civil Procedure. By prior Order (DE 8), the Clerk of Court entered default against Defendants. While the Court will grant the instant Motion, Plaintiff's request for attorney's fees fails to fully comply with all of the requirements set forth by Local Rule 7.3(A). S.D. Fla. L.R. 7.3(A). Therefore, the Court will entertain a separate Motion For Attorney's Fees by the date set forth below.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Court has personal jurisdiction over the parties hereto and the subject matter herein;

    2. Plaintiff Plaintiff Kevin McCormick's Motion For Final

Default Judgment (DE 9) be and the same is hereby **GRANTED**;

 3. Pursuant to Federal Rules of Civil Procedure 55 and 58, Default Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Kevin McCormick and against Defendants Behnke and Associates, Inc. and Fred Behnke;

 4. Plaintiff Kevin McCormick does have and recover from Defendants Behnke and Associates, Inc. and Fred Behnke the amount of $75,139.68, calculated as $37,569.84 in unliquidated damages and $37,569.84 in liquidated damages, together with interest thereon from the date of this Default Final Judgment at the rate of 2.21% per annum, for all of which let execution issue;

 5. The Court shall retain jurisdiction solely for the purpose of entertaining a separate Motion For Attorney's Fees in accordance with Local Rule 7.3(A) of the Southern District of Florida, together with all necessary exhibits and affidavits;

 6. On or before <u>noon</u> on <u>Friday, August 8, 2008</u>, Plaintiff shall file said Motion For Attorney's Fees;

 7. Upon failure of Plaintiff to comply with the terms and conditions of this Order, the Court may deny Plaintiff's request for attorney's fees without further notice or hearing; and

 8. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

 **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___31st___ day of July, 2008.

           /s/ William J. Zloch
           WILLIAM J. ZLOCH
           United States District Judge

Copies furnished:

All Counsel of Record